UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Civil Action No. 17-CV-3108
MICHAEL GROSS, individually, and on behalf of all
others similarly situated,

                                             **STIPULATION OF DISMISSAL**
                        Plaintiff,          **WITH PREJUDICE**

v.

RELIN, GOLDSTEIN & CRANE, LLP,

                      Defendant.

------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to this proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action is hereby dismissed pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other, and the claims of plaintiff, Michael Gross, individually, are dismissed with prejudice.

Dated: New York, New York
          September 5, 2017

| | |
|---|---|
| ROPERS MAJESKI KOHN & BENTLEY, P.C. | LAW OFFICES OF DAVID PALACE |
| By: *s/ Christopher B. Hitchcock* | By: *s/ David Palace* |
|     Christopher B. Hitchcock, Esq. |     David Palace, Esq. |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| 750 Third Avenue, 25th Floor | 383 Kingston Ave. # 13 |
| New York, New York 10017 | Brooklyn, New York 11213 |
| (212) 668-5927 | (347) 651-1077 |

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 13 2017 ★

BROOKLYN OFFICE

SO ORDERED:

s/ RJD

9/12/17

4846-4414-5486.1